Clerk,                                          July 20nd
   I am writing the court to file       2022
an appeal on case# 2:20-CV-00114-JRG-CRW
  I received the Memorandum Opinion and
order on July 15Th 2022. Also this
an objection on the Memorandum Opinion and
order filed 6-28-22

   This matter Before the Court, I object
to the Ruling Dismissing plantiffs Complaint
is in Error and Not fair to the Plantiff.
   Plantiff filed pro'se and is Being held
in a facility with a Inadquet law
Library. The plantiffs Failure to Response
to the Defendant's motion for Summary
Judgment Does not entile them to a walk over.
   The plantiff also states that he is not smart
at law and therefore does not understand the
different processes that is going on in this
Suite. For example The plantiff does not
understand what a Summary Judgement is or
and feels like if the Court could file a
motion to grant the plaintiff a lawyer
he feels that everything would get filed
when it is suppose to through out the
process of this suite because a lawyer
would understand when and what needs

To be filed at the right time.
Confinment and lack of education and understanding Hinders plaintiff from Accessing Information and Submitting papers that support the Violations. Although this Is a fact the Defedants Submitted Affidavits, and video's proving the Allegations the plaintiff brought to the Courts Attention. Even Though the plaintiff did not submitt paperwork of material Fact, The Defendants in This Case Did! Submitt facts

1. Conflicting Affidavits
2. officer Lucas henry in his Affidavit #9 the statement is impossible for plantiff to do
3. officer Jessee Altman in his Affidavit #6 admits to applying a forceful Elbow drop while plaintiff was pinned Down by 2 other officers.
4. Lt. Justin Quillin in his Affidavit admits to not Knowing plaintiff was Handcuffed before standing over him and forcelly Kneeing him.
5. officer Ben Degreen in his Affidavit #6 states he could throw punches, push, use hands: plaintiff did not do any of the offensive listed above.

6. Video the Defendants submitted shows the use of Excess force and genuwine issues of material Fact also clearly shows, plaintiff weighed at the time 50 pounds lighter than what officer stated #8

Conclusion

Plaintiff did not pose an Immediate threat to the saftey of the officers or others The use of Excessive force Violates the Fourth and Fourteen Amendments to the United State Constitution plaintiff was Deprived constitutional and federal Rights while all the officers was acting under the color of law!

Respectfully Submitted

Derrick Lewis

Derrick Lewis

Derrick Lewis #39003
P.O. Box 610
Blountville, TN
37617

KNOXVILLE TN 377
22 JUL 2022 PM 2 L

THE WRITER IS A RESIDENT OF
A CORRECTIONAL FACILITY



United States District Court
220 West Depot St. Suite 200
Greeneville, TN

37743-110050