UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| DERRICK LEWIS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-CV-00114-JRG-CRW |
| | ) | |
| KINGSPORT POLICE DEPARTMENT, | ) | |
| et al., | ) | |
|     Defendants. | ) | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [Doc. 75] on Plaintiff's Motion for Leave to Appeal *in forma pauperis* [Doc. 72]. Pursuant to Federal Rule of Appellate Procedure 24, the Magistrate Judge found that Plaintiff lacks the financial resources to pay the costs associated with an appeal, adequately set forth his issues for appeal, and raised his issues for appeal in good faith. Therefore, the Magistrate Judge recommends that Plaintiff be permitted to proceed *in forma pauperis*. Defendants did not file objections to the R&R. *See* Fed. R. Civ. P. 72(b).

After thorough consideration of Plaintiff's motion and the R&R, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **CERTIFIED** that Plaintiff is entitled to proceed *in forma pauperis* and his Motion for Leave to Appeal *in forma pauperis* [Doc. 72] is **GRANTED**.

So ordered.

ENTER:

                                                    s/J. RONNIE GREER
                                          UNITED STATES DISTRICT JUDGE